UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4808 CBM (MRWx) | Date | December 15, 2016 |
|---|---|---|---|
| Title | Martinez v. Pescaderia Puerto Guymas | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**   ORDER TO SHOW CAUSE WHY ARREST WARRANT SHOULD NOT BE ISSUED AND JUDGMENT DEBTOR HELD IN CONTEMPT OF COURT

Plaintiff personally served Defendant / Judgment Debtor Monserrat Angeles with an order regarding a judgment debtor exam. (Docket # 21, 25.) The order required Defendant to appear in federal court on November 14 and December 14 for that proceeding. However, Defendant was not in court on either day when the case was called. (Docket # 23, 28.)

**IT IS HEREBY ORDERED** that Defendant will appear in the United States District Court, 255 E. Temple St., Los Angeles, California, in Courtroom 550 – 5th Floor, on <u>Wednesday, January 25, 2017, at 9:30 a.m.</u>, to show cause why an arrest warrant should not be issued and Defendant found in contempt of court for failure to obey the Court's previous judgment debtor order. Defendant's appearance at the hearing will be sufficient to discharge this OSC without further consequence. This is her last chance to appear.

Plaintiff is directed to personally serve this OSC on Defendant, <u>call Defendant on the telephone</u>, and file a proof of service with the Court in advance of the hearing.